UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MARGARET IRACE,

    Plaintiff,

v.                                             Case No. 17-cv-1443-pp

NANCY A. BERRYHILL,

    Defendant.

---

**ORDER APPROVING STIPULATION FOR REMAND (DKT. NO.17), AND REMANDING CASE FOR FURTHER PROCEEDINGS UNDER SENTENCE FOUR OF 42. U.S.C. §405(g)**

---

On April 25, 2018, the parties filed a stipulation for remand for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). Dkt. No. 17. The court **APPROVES** the stipulation for remand, and **ORDERS** that:

The case is **REMANDED** to the Commissioner of Social Security. On judicial remand, the Appeals Council will send the claim to an administrative law judge (ALJ) for a new hearing and decision regarding only plaintiff's disability status prior to January 3, 2015. At the hearing, a vocational expert will testify. The vocational expert will be advised to be prepared to provide an explanation for his or her answers to hypothetical questions and to have available, at the hearing, any vocational resource materials that he or she is likely to rely upon.

Dated in Milwaukee, Wisconsin this 26th day of April, 2018.

                                                    **BY THE COURT:**

                                                    **HON. PAMELA PEPPER**
                                                    **United States District Judge**